S. AMANDA MARSHALL, Oregon State Bar No. 95347
United States Attorney
**TIM SIMMONS**, Oregon State Bar No. 92461
tim.simmons@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
District of Oregon
405 E. 8th Ave., Suite 2400
Eugene, OR   97401
Telephone:  (541) 465 -6740
Facsimile: (541) 465 -6917
        Attorney for United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **LAURA L. BROWN,** | Case No.: 6:14-1292 |
| Plaintiff, | |
| v. | **UNITED STATES OF AMERICA'S NOTICE OF REMOVAL** |
| **WATERFALL CLINIC, INCORPORATED,** | (Removed from Oregon State Circuit Court for the County of Coos, Case number 14CV0493) |
| Defendant. | |

**To:** The Honorable Judges of the United States District Court for the District of Oregon

The United States of America, by S. Amanda Marshall, United States Attorney for

the District of Oregon, through Tim Simmons, Assistant United States Attorney, provides

notice that the above-entitled case, commenced in the Circuit Court of the State of Oregon

Page 1 -    USA'S NOTICE OF REMOVAL

for the County of Coos, Civil Case No. 14CV0493, is removed to this Court, and in support thereof state:

    1.    At the time of the incidents alleged in the complaint, Waterfall Clinic, Incorporated ("Waterfall Clinic") was an entity deemed by the Department of Health and Human Services to be an employee of the Public Health Service for purposes of 42 U.S.C. § 233(a).  *See* 42 U.S.C. § 233(g).  Waterfall Clinic is named as the defendant in the case described in the previous paragraph.

    2.    Pursuant to 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4, the United States Attorney for the District of Oregon has certified that Waterfall Clinic was acting within the course and scope of its employment at the time of the incident out of which this claim arose.  *See* Exhibit 1.

    3.    Accordingly, removal of this action to federal court is proper under 42 U.S.C. § 233(c).  Section 233(c) provides that upon certification by the Attorney General that the defendant was acting within the scope of its employment at the time of the incident out of which the suit arose, any civil action commenced in a state court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending.  *See* 42 U.S.C. § 233(c).  The action is thereafter "deemed a tort action brought against the United States under the provisions of Title 28 [the Federal Tort Claims Act] and all references thereto."  *Id.*

    4.    A copy of all process, pleadings, and orders received in this action are filed with this notice pursuant to 28 U.S.C. § 1446(a).  *See* Exhibit 2.

WHEREFORE, this action, now pending in the Circuit Court for the State of Oregon for the County of Coos, Case No. 14CV0493, is properly removed from there to this Court as provided by 42 U.S.C. § 233(c).

Dated this 12th day of August, 2014.

                                      Respectfully Submitted,

                                      S. AMANDA MARSHALL
                                      United States Attorney
                                      District of Oregon

                                      */S/ Tim Simmons*
                                      TIM SIMMONS
                                      Assistant United States Attorney
                                              Attorney for United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I made service of foregoing: **United States of America's Notice of Removal**, was placed in a postage prepaid envelope and deposited in the United States Mail according to established office procedure in the Office of the United States Attorney at Eugene, Oregon, on August 12, 2014, addressed to:

James M. Monsebroten
Attorney at Law
320 Central Avenue, Suite 510
Coos Bay, OR 97420
    Attorney for Plaintiff

Lawrence F Finneran
Lawrence Finneran LLC
405 N 5th St
PO Box 359
Coos Bay OR   97420
    Attorney for Defendant

*/s/ Trudylee Fleming*
_____
Trudylee Fleming
Legal Assistant
United States Attorney's Office