S. AMANDA MARSHALL, Oregon State Bar No. 95347
United States Attorney
**TIM SIMMONS**, Oregon State Bar No. 92461
tim.simmons@usdoj.gov
Assistant U.S. Attorney
United States Attorney's Office
District of Oregon
405 E. 8th Ave., Suite 2400
Eugene, OR   97401
Telephone:  (541) 465 -6740
Facsimile: (541) 465 -6917
        Attorney for United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **LAURA L. BROWN,** | Case No.: 6:14-1292 |
| Plaintiff, | |
| v. | **SCOPE OF EMPLOYMENT CERTIFICATION** |
| **WATERFALL CLINIC, INCORPORATED,** | (Coos County Circuit Court Case number: 14CV0493) |
| Defendant. | |

    I, S. Amanda Marshall, United States Attorney for the District of Oregon, hereby certify that I have reviewed the complaint filed in the above-captioned case and the acts or omissions alleged therein.   I hereby find that, at the time of the incidents alleged in that complaint, Waterfall Clinic, Incorporated was an entity deemed by the Department of Health and Human Services to be an employee of the Public Health Service for purposes of 42 U.S.C. § 233(a).   See 42 U.S.C. § 233(g).   Pursuant to 42 U.S.C. § 233(c) and the

Page 1 -    SCOPE OF EMPLOYMENT CERTIFICATION

authority delegated to me by the Attorney General for the United States pursuant to 28 C.F.R. § 15.4, I hereby certify that Waterfall Clinic, Incorporated was acting within the course and scope of its employment as a "deemed" employee of the Public Health Service at the time of the incident out of which this claim arose. Accordingly, the United States should be substituted as the defendant in this action in place of Waterfall Clinic, Incorporated.

Dated this 12th day of August 2014.

Respectfully Submitted,

_____
S. AMANDA MARSHALL
United States Attorney
District of Oregon