UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LARUA L. BROWN,

                              **Plaintiff,**

               **v.**                                   Civil No.6:14-cv-01292-AA

WATERFALL CLINIC INCORPORATED,
                              **Defendant.**

_____

# JUDGMENT

This action is dismissed without prejudice and without costs or attorney fees to any party.

Dated: October 24, 2014


                MARY L. MORAN, Clerk


                by /s/ R. Henshaw
                    R. Henshaw, Deputy Clerk


**JUDGMENT**